1004

[No. 2993-1.   Division One.   December 2, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD H. KEELING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67097, Ward Roney, J., entered April 22, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2160-1.   Division One.   December 2, 1974.]

RALPH G. MONTY *et al., Respondents*, v. WARD W. PETERSON *et al., Defendants*, LEWIS W. SHURTLEFF *et al., Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 111591, Paul D. Hansen, J., entered February 9, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by James and Callow, JJ.

[No. 1188-3.   Division Three.   December 3, 1974.]

*In the Matter of the Welfare of* CARLA REYMAN *et al., Minors.*

HAROLD BOYER *et al., Petitioners*, v. THE SUPERIOR COURT FOR WALLA WALLA COUNTY, *Respondent*.

Certiorari to review a judgment of the Superior Court for Walla Walla County, No. 63120, Albert N. Bradford, J., entered May 6, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2796-1.   Division One.   December 9, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE ARTHUR JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 66028, Solie M. Ringold, J., entered February 11, 1974. *Affirmed* by unpublished opinion per James, J., concurred in by Horowitz and Callow, JJ.